1   SAMUEL K. LU (SBN 171969)                JAMES POOLEY (SBN 58041)
    NATHAN N. LOWENSTEIN (SBN                MICHAEL A. JACOBS (SBN 111664)
2   241067)                                  SUSAN V. VAUGHAN (SBN 223576)
    BRIAN D. KRECHMAN (SBN 254418)           JONATHAN L. MCFARLAND (SBN 247601)
3   IRELL & MANELLA LLP                      CHRISTOPHER L. ROBINSON (SBN 260778)
    1800 Avenue of the Stars, Suite 900      MORRISON & FOERSTER LLP
4   Los Angeles, California 90067-4276       755 Page Mill Road
    Telephone: (310) 277-1010                Palo Alto, California 94304-1018
5   Facsimile: (310) 203-7199                Telephone: (650) 813-5600
    E-mail: slu@irell.com                    Facsimile: (650) 494-0792
6   E-mail: nlowenstein@irell.com            E-mail: jpooley@mofo.com
    E-mail: bkrechman@irell.com              E-mail: mjacobs@mofo.com
7                                            E-mail: svaughan@mofo.com
    Attorneys for Plaintiff                  E-mail: jmcfarland@mofo.com
8   PLANTRONICS, INC.                        E-mail: christopherrobinson@mofo.com

9                                            DAVID SCHNAPF (SBN 100199)
                                             TOWNSEND & TOWNSEND & CREW LLP
10                                           Two Embarcadero Center, 8th Floor
                                             San Francisco, California 94111-3834
11                                           Telephone: (415) 576-0200
                                             Facsimile: (415) 576-0300
12                                           E-mail: dschnapf@townsend.com

13                                           Attorneys for Defendants
                                             ALIPH, INC. and ALIPHCOM, INC.

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                      SAN FRANCISCO DIVISION

17

18   PLANTRONICS, INC.                       Case No. C 09-01843 CRB

19
            Plaintiff
20                                           **STIPULATION AND [PROPOSED]
                                             ORDER DISMISSING CASE WITHOUT
21          v.                               PREJUDICE**

22

23   ALIPH, INC. and ALIPHCOM, INC.,

24
            Defendants.
25

26

27

28

1    Plaintiff Plantronics, Inc. ("Plantronics"), by and through its undersigned counsel, and

2  Defendants Aliph, Inc. and AliphCom, Inc. (collectively, "Aliph"), by and through their

3  undersigned counsel, submit the following stipulation of dismissal without prejudice pursuant to

4  Rule 41(a)(1) of the Federal Rules of Civil Procedure:

5    WHEREAS, on January 15, 2009, Plantronics filed suit against Aliph in the Eastern

6  District of Texas (case number 6:09-cv-24, the "Texas Action");

7    WHEREAS, on March 23, 2009, the court granted Aliph's motion to transfer the Texas

8  Action to the Northern District of California;

9    WHEREAS, on April 14, 2009, the Texas Action was transferred to the Northern District

10  of California, and became Case No. 3:09-cv-01714 (the "Judge Breyer Action");

11    WHEREAS, on April 28, 2009, the Texas Action was erroneously transferred again to the

12  Northern District of California, and became the instant action, Case No. 3:09-cv-01843 (the

13  "Judge James Action");

14    WHEREAS, on May 5, 2009, the Court issued an order relating the Judge James Action to

15  the Judge Breyer Action;

16    WHEREAS, the parties agree that the Judge James Action was erroneously opened and is

17  duplicative of the Judge Breyer Action;

18    ACCORDINGLY, the parties agree that the Judge James Action (Case No. 3:09-cv-

19  01843) should be dismissed without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of

20  Civil Procedure, without any effect on the Judge Breyer Action (Case No. 3:09-01714), and

21  request that the Court order the same.

22    IT IS SO STIPULATED.

23

24

25

26

27

28

Dated: November 3, 2009          IRELL & MANELLA LLP


                                 By:   /s/ Brian D. Krechman
                                    Brian D. Krechman
                                    Attorneys for Plaintiff
                                    PLANTRONICS, INC.


Dated: November 3, 2009          MORRISON & FOERSTER LLP
                                 TOWNSEND & TOWNSEND & CREW LLP


                                 By:   /s/ Susan V. Vaughan
                                    Susan V. Vaughan
                                    Attorneys for Defendants
                                    ALIPH, INC. and ALIPHCOM, INC.


                        Filer's Attestation:

I, Brian D. Krechman, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER DISMISSING CASE**.  In compliance with General Order 45.X.B, I hereby attest that Susan V. Vaughan concurs in this filing.

                        By:  /s/ Brian D. Krechman
                           Brian D. Krechman


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2009

                                 _____
                                 THE HONORABLE CHARLES R. BREYER
                                 United States District Judge