SAMUEL K. LU (SBN 171969)
NATHAN N. LOWENSTEIN (SBN 241067)
BRIAN D. KRECHMAN (SBN 254418)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
E-mail: slu@irell.com
E-mail: nlowenstein@irell.com
E-mail: bkrechman@irell.com

Attorneys for Plaintiff
PLANTRONICS, INC.

JAMES POOLEY (SBN 58041)
MICHAEL A. JACOBS (SBN 111664)
SUSAN V. VAUGHAN (SBN 223576)
JONATHAN L. MCFARLAND (SBN 247601)
CHRISTOPHER L. ROBINSON (SBN 260778)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
E-mail: jpooley@mofo.com
E-mail: mjacobs@mofo.com
E-mail: svaughan@mofo.com
E-mail: jmcfarland@mofo.com
E-mail: christopherrobinson@mofo.com

DAVID SCHNAPF (SBN 100199)
TOWNSEND & TOWNSEND & CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111-3834
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
E-mail: dschnapf@townsend.com

Attorneys for Defendants
ALIPH, INC. and ALIPHCOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.<br><br>Plaintiff<br><br>v.<br><br>ALIPH, INC. and ALIPHCOM, INC.,<br><br>Defendants. | Case No. C 09-01843 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE** |

1  Plaintiff Plantronics, Inc. ("Plantronics"), by and through its undersigned counsel, and
2  Defendants Aliph, Inc. and AliphCom, Inc. (collectively, "Aliph"), by and through their
3  undersigned counsel, submit the following stipulation of dismissal without prejudice pursuant to
4  Rule 41(a)(1) of the Federal Rules of Civil Procedure:
5  WHEREAS, on January 15, 2009, Plantronics filed suit against Aliph in the Eastern
6  District of Texas (case number 6:09-cv-24, the "Texas Action");
7  WHEREAS, on March 23, 2009, the court granted Aliph's motion to transfer the Texas
8  Action to the Northern District of California;
9  WHEREAS, on April 14, 2009, the Texas Action was transferred to the Northern District
10 of California, and became Case No. 3:09-cv-01714 (the "Judge Breyer Action");
11 WHEREAS, on April 28, 2009, the Texas Action was erroneously transferred again to the
12 Northern District of California, and became the instant action, Case No. 3:09-cv-01843 (the
13 "Judge James Action");
14 WHEREAS, on May 5, 2009, the Court issued an order relating the Judge James Action to
15 the Judge Breyer Action;
16 WHEREAS, the parties agree that the Judge James Action was erroneously opened and is
17 duplicative of the Judge Breyer Action;
18 ACCORDINGLY, the parties agree that the Judge James Action (Case No. 3:09-cv-
19 01843) should be dismissed without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of
20 Civil Procedure, without any effect on the Judge Breyer Action (Case No. 3:09-01714), and
21 request that the Court order the same.
22 IT IS SO STIPULATED.
23
24
25
26
27
28

STIPULATION AND [PROPOSED]
ORDER DISMISSING CASE
C 09-01843 CRB

2113162
pa-1354711

- 1 -

Dated: November 3, 2009                     IRELL & MANELLA LLP

                                            By:   /s/ Brian D. Krechman
                                                  Brian D. Krechman
                                                  Attorneys for Plaintiff
                                                  PLANTRONICS, INC.


Dated: November 3, 2009                     MORRISON & FOERSTER LLP
                                            TOWNSEND & TOWNSEND & CREW LLP


                                            By:   /s/ Susan V. Vaughan
                                                  Susan V. Vaughan
                                                  Attorneys for Defendants
                                                  ALIPH, INC. and ALIPHCOM, INC.


<u>Filer's Attestation:</u>

I, Brian D. Krechman, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER DISMISSING CASE**. In compliance with General Order 45.X.B, I hereby attest that Susan V. Vaughan concurs in this filing.

                                            By:   /s/ Brian D. Krechman
                                                  Brian D. Krechman


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   Nov. 10    , 2009

                                            _____
                                            THE HONORABLE CHARLES R. BREYER
                                            United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

2113162
pa-1354711

- 2 -

STIPULATION AND [PROPOSED]
ORDER DISMISSING CASE
C 09-01843 CRB